NANCY DE LUCA and SAM DE LUCA, Appellants, v. VILLAGE OF PEEKSKILL, Respondent, and Others, Defendants.— Action by Nancy De Luca, brought against several defendants, to recover damages for personal injuries, and by her husband, to recover for loss of services. The cause of action was that the village of Peekskill permitted a defective cover to be maintained over a water meter pit in one of its sidewalks. The complaint was dismissed as against all of the defendants except the village of Peekskill at the close of plaintiffs' case; and at the close of the entire case it was dismissed as against the village also. The theory upon which the dismissal was had was that the defect complained of was located in an area that had been taken over by the State and its agencies for the construction of a State parkway. The appeal is from so much of an order and judgment as dismisses the complaint as against the village. Judgment in so far as it dismisses the complaint as against the respondent, village of Peekskill, unanimously affirmed, with costs. No opinion. Appeal from order dismissing the complaint is dismissed. No such order appears in the record. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.

PAUL HABER, Appellant, v. JOSEPH P. BADER, Respondent.— In an action to recover upon an alleged oral agreement for services in obtaining an option to purchase stock to which a defense of release as evidenced by a writing was interposed, order vacating, on reargument, an order denying defendant's motion for summary judgment, and granting summary judgment, and the judgment entered thereon dismissing the complaint on the merits, unanimously affirmed, with ten dollars costs and disbursements. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

In the Matter of the Judicial Settlement of the Final Account of Proceedings of THOMAS M. LOGAN and THE CHASE NATIONAL BANK OF THE CITY OF NEW YORK, as Executors, etc., of WILLIAM DELEVAN BALDWIN, Deceased, Respondents; DELEVAN M. BALDWIN, Individually and as General Guardian for DELEVAN MUNSON BALDWIN, JR., and BARBARA BULL BALDWIN, Infants, etc., and LEE PARSONS DAVIS, as Special Guardian for DELEVAN MUNSON BALDWIN, JR., BARBARA BULL BALDWIN, and Others, Infants, etc., Appellants.— Decree of the Surrogate's Court of Westchester county judicially settling the account of the executors, in so far as appealed from, unanimously affirmed, with costs to all parties, payable out of the estate, except to appellant Delevan M. Baldwin, individually, as to whom no costs are given. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Close, JJ.